ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ALARICE M. MEDRANO
Assistant United States Attorney
California Bar No. 166730
    Room 7516 Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0460
    Facsimile: (213) 894-7819
    E-mail:  Alarice.Medrano@usdoj.gov

Attorneys for Federal Defendant,
Federal Bureau of Investigation

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| CHRIS REYNOLDS, | ) | No. CV 09-7492 AHM (MANx) |
|---|---|---|
| Plaintiff, | ) | |
| | ) | JOINT STIPULATION TO DISMISS |
| v. | ) | WITH PREJUDICE |
| | ) | |
| FEDERAL BUREAU OF INVESTIGATION, | ) | [F.R.C.P. 41(a)(1)(A)(ii)] |
| | ) | |
| Defendant. | ) | [Before the Honorable |
| | ) | A. Howard Matz] |

    IT IS HEREBY STIPULATED by and between the parties, Plaintiff Chris Reynolds and Federal Bureau of Investigation ("FBI")[1], through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned

\\\

\\\

---

[1] The Department of Justice should be substituted for the FBI as the proper party defendant pursuant to 5 U.S.C. §552(a)(3).

action be dismissed with prejudice.  Each party shall bear their own costs and fees.

                                  Respectfully submitted,

DATED: May _17, 2010

                                  LAW OFFICE OF J. DAVID NICK

                                   /s/  
                                  J. DAVID NICK  
                                  Attorney for Plaintiff,  
                                  Chris Reynolds

DATED: May _17, 2010

                                  ANDRÉ BIROTTE JR.  
                                  United States Attorney  
                                  LEON W. WEIDMAN  
                                  Assistant United States Attorney  
                                  Chief, Civil Division

                                   /s/  
                                  ALARICE M. MEDRANO  
                                  Assistant United States Attorney

                                  Attorneys for Federal Defendant,  
                                  Federal Bureau of Investigation